FILED
JUL 1 6 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|       Plaintiff, ) | |
| v. ) | CRIMINAL NO. A-12-CR-234-SS (6) |
| ) | |
| MICHAEL MARTINEZ (6) ) | |
| TX SID # ) | |
| TDCJ # ) | |
|       Defendant. ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America and respectfully represents that the above case is set for court proceedings on the 1st day of August, 2012; that the Defendant is incarcerated and is now in the custody of the Warden of the Travis County Jail, Texas.

WHEREFORE, the government prays that this Court issue an order directing the Clerk of the Court to issue a Writ of Habeas Corpus Ad Prosequendum addressed to the Warden of the Travis County Jail, Texas, commanding him to surrender the said Defendant into the custody of the United States Marshal for the Western District of Texas, or his duly authorized representative, and directing said Marshal to bring said Defendant to Austin, Texas, on August 1, 2012, at 2:00 P.M. for the purpose of said proceedings, and any further proceedings to be had in this cause.

_____
DANIEL D. GUESS
Assistant U.S. Attorney
816 Congress Avenue, Suite 1000
Austin, Texas   78701
Office   (512) 916-5858
TX State Bar No. 00789328